**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| KAYLA REED, an individual, | Case No.: 1:17-cv-7094 KAM-SJB |
| Plaintiff, | |
| -against- | **NOTICE OF APPEARANCE** |
| ETSY, INC., | |
| Defendant. | |

To:  The Clerk of the Court and All Counsel of Record:

**PLEASE TAKE NOTICE** that the undersigned hereby appears as counsel of record for Defendant Etsy, Inc..

**PLEASE TAKE FURTHER NOTICE** that the undersigned certifies that she is a member in good standing of the bar of this Court.

Dated:  January 29, 2018
New York, New York

Respectfully submitted,

PERKINS COIE LLP

*/s/ Jalina J. Hudson*
Jalina J. Hudson
PERKINS COIE LLP
30 Rockefeller Plaza. 22nd Floor
New York, NY. 10112
Telephone: (212) 261-6856
Facsimile: (212) 399-8002
JHudson@perkinscoie.com

*Attorneys for Defendant* Etsy, Inc.