**PerkinsCoie**

30 Rockefeller Plaza
22nd Floor
New York, NY 10112-0085

T +1.212.262.6900
F +1.212.977.1649
PerkinsCoie.com

March 9, 2018

Jalina J. Hudson
JHudson@perkinscoie.com
D. +1.212.261.6856
F. +1.212.399.8056

Judge Sanket J. Bulsara
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Re:   *Reed v. Etsy, Inc.*, Case No. 17-CV-7094 (KAM-SJB)

Dear Judge Bulsara:

We represent Defendant Etsy, Inc. ("Etsy") in the above-referenced case, and write with the consent of Plaintiff's counsel to request a two-week extension of time to respond to the complaint. Pursuant to the waiver of service filed by Plaintiff, Etsy was to respond to the complaint by March 12, 2018. However, the parties have made significant progress in settlement discussions, and we anticipate being able to resolve the case without expending resources to respond to the complaint.

Accordingly, we respectfully request that the Court grant Etsy until March 26, 2018 to respond to the complaint. Thank you in advance for your attention to this concern.

Sincerely,

*/s/ Jalina Hudson*

Jalina J. Hudson

138925401.1
Perkins Coie LLP